Sean C. Cunningham, Bar No. 174931
Erin P. Gibson, Bar No. 229305
Tiffany C. Miller, Bar No. 246987
Jacob D. Anderson, Bar No. 265768
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Mark D. Fowler, Bar No. 124235
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
James Heintz, to be admitted pro hac vice
DLA Piper LLP (US)
11911 Freedom Drive, #300
Reston, VA 20190

Attorneys for Plaintiff
NETLIST, INC.

Chad S. Hummel, Bar No. 139055
chummel@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067

Brian R. Nester (*pro hac vice to be filed*)
bnester@sidley.com
Wonjoo Suh, Bar No. 269500
wsuh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Attorneys for Defendants
SK hynix Inc., SK hynix America Inc.,
and SK hynix Memory Solutions Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| NETLIST, INC. | CASE NO. 8:16-CV-01605-JLS-JCG |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| SK HYNIX INC., SK HYNIX AMERICA INC., and SK HYNIX MEMORY SOLUTIONS INC., | **[PROPOSED ORDER SUBMITTED HEREWITH]** |

| | | |
|---|---|---|
| 1 | Defendants. | Complaint served:  09/02/2016<br>Current response date:  09/23/2016<br>New response date:  12/22/2016 |

Defendants SK hynix Inc., SK hynix America Inc., and SK hynix Memory Solutions Inc. (collectively, "SK hynix" or "Defendants") and Plaintiff Netlist, Inc.'s ("Netlist"), by their respective counsel of record hereby stipulate as follows:

WHEREAS Plaintiff filed its Complaint on August 31, 2016 (Doc. 1);

WHEREAS Plaintiff served the Complaint on Defendants SK hynix America Inc. and SK hynix Memory Solutions Inc. on September 2, 2016 (Docs. 16, 17);

WHEREAS a responsive pleading for Defendants SK hynix America Inc. and SK hynix Memory Solutions Inc. is currently due on September 23, 2016 (Docs. 16, 17);

WHEREAS Plaintiff has not served the Complaint on Defendant SK hynix Inc.;

WHEREAS Defendant SK hynix Inc., a Korean corporation, has waived service of the summons of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 4(d), the signed Waiver of the Service of Summons being concurrently filed with this Court;

WHEREAS in exchange for SK hynix Inc.'s waiver of service of process, Plaintiff has agreed, subject to the Court's approval, to allow Defendants SK hynix Inc., SK hynix America Inc., and SK hynix Memory Solutions Inc, a ninety (90) day extension of time to respond in any manner, including by way of answer, motion or other pleading of any type to Plaintiff's Complaint;

WHEREAS this is the first request for extension of time to respond to the Complaint;

WHEREAS good cause in supporting the joint stipulation for extension of time exists, because the extension allows Defendants' counsel time to establish a common response for all SK hynix parties;

WHEREAS the joint stipulation for extension of time is not interposed for any delay or prejudice to any party;

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Defendants SK hynix Inc., SK hynix America Inc., and SK hynix Memory Solutions Inc. shall respond to the Complaint on or before December 22, 2016.

Dated: September 22, 2016

SIDLEY AUSTIN LLP

By: */s/ Chad S. Hummel*
    Chad S. Hummel
    Sidley Austin LLP
    1999 Avenue of the Stars
    17th Floor
    Los Angeles, CA 90067
    Telephone: (301) 595-9505
    Facsimile:  (301) 595-9501

*Attorneys for Defendants SK hynix Inc., SK hynix America Inc., and SK hynix Memory Solutions Inc.*

Dated: September 22, 2016

DLA PIPER LLP (US)

By: /s/ Sean C. Cunningham
    Sean C. Cunningham
    Erin P. Gibson
    Tiffany C. Miller
    Jacob D. Anderson
    DLA PIPER LLP (US)
    401 B Street, Suite 1700
    San Diego, CA 92101
    Tel: 619.699.2700
    Fax: 619.699.2701

    Mark D. Fowler
    DLA PIPER LLP (US)
    2000 University Avenue
    East Palo Alto, CA 94303-2215
    Tel: 650.833.2000
    Fax: 650.833.2001

    James Heintz
    DLA PIPER LLP (US)

|  |  |
|---|---|
|  | 11911 Freedom Drive, #300 |
|  | Reston, VA 20190 |
|  | Tel: 703.773.4000 |
|  | Fax: 703.773.5000 |
|  | *Attorneys for Plaintiff Netlist, Inc.* |

### FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Chad S. Hummel, attest that all other signatories listed, and on whose behalf this document is submitted, concur in the document's content and have authorized its filing and the placement of their electronic signatures above.

By: */s/ Chad S. Hummel*
    Chad S. Hummel