**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Netlist, Inc., <br>    *Plaintiff and Counterclaim-Defendant*, <br><br>   vs. <br><br> SK hynix Inc., <br>    *Defendant and Counterclaim-Plaintiff*, <br><br>   and <br><br> SK hynix America Inc. and SK hynix memory solutions Inc., <br>    *Defendants*. | No. 8:16-cv-01605-JLS-JCG <br><br> **ORDER GRANTING DISMISSAL** |

Before the Court is the Parties' Joint Stipulation of Dismissal. Having considered said Stipulation and all other papers, and all other matters presented to the Court, and for good reason;

IT IS HEREBY ORDERED that:

(1) The claims of Plaintiff Netlist, Inc. in this action are dismissed WITH PREJUDICE; and

(2) The counterclaims of SK hynix, Inc. are dismissed WITHOUT PREJUDICE,

with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 2, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE